RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Rodrick Ray Wentling

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00572-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE MOTION DEADLINES AND BENCH TRIAL** |
| RODRICK RAY WENTLING, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Rodrick Ray Wentling, that the bench trial scheduled for November 20, 2024 at 9:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including November 11, 2024, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 25, 2024, to file any and all responsive pleadings.

1     IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they

2    shall have to and including December 2, 2024, to file any and all replies to dispositive motions.

3          The Stipulation is entered into for the following reasons:

4          1.     Counsel for the defendant needs additional time to conduct investigation in this

5    case in order to determine whether there are any pretrial issues that must be litigated and

6    whether the case will ultimately go to trial or will be resolved through negotiations.

7          2.     The defendant is out of custody and does not object to the continuance.

8          3.     The parties agree to the continuance.

9          4.     The additional time requested herein is not sought for purposes of delay, but

10   merely to allow counsel for defendant sufficient time within which to be able to effectively and

11   complete investigation of the discovery materials provided.

12         5.     Additionally, denial of this request for continuance could result in a miscarriage

13   of justice. The additional time requested by this Stipulation is excludable in computing the time

14   within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

15   States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

16   Section 3161(h)(7)(B)(i), (iv).

17         This is the first stipulation to continue filed herein.

18         DATED this 11th day of October, 2024.

19   RENE L. VALLADARES                          JASON M. FRIERSON
     Federal Public Defender                     United States Attorney
20
     By */s/ Rick Mula*                          By */s/ Syler Pearson*
21
     RICK MULA                                   SKYLER PERSON
22   Assistant Federal Public Defender           Assistant United States Attorney

23

24

25

26
                                        2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00572-DJA |
| Plaintiff, | |
| v. | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| RODRICK RAY WENTLING, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2.      The defendant is out of custody and does not object to the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including November 11, 2024 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including November 25, 2024 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including December 2, 2024 to file any and all replies.

IT IS FURTHER ORDERED that the bench trial currently scheduled for November 20, 2024, at the hour of 9:00 a.m., be vacated and continued to **January 29, 2025, at 9:00 a.m. in courtroom 3A.**

DATED this 11th day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE